**Order filed July 26, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00023-CV
_____

### CHRISTOPHER SCOTT BRANN, Appellant

### V.

### CARLOS GUIMARAES, JEMIMA GUIMARAES, AND ROBERTO GUIMARAES, Appellee

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2015-24329 & 2015-24329-A**

## O R D E R

The clerk's record was filed February 26, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Order on Attorney's Fees Relating to Alleged Interference with Child Custody, signed 12/9/2019.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 2, 2021, containing the Order on Attorney's Fees Relating to Alleged Interference with Child Custody, signed 12/9/2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Bourliot and Zimmerer.